**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ–CRUZ<br><br>          Plaintiff(s),<br><br>     v.<br><br>GABRIEL SPIRO , et al.<br><br><br><br>          Defendant(s). | CASE NO:<br>2:18–cv–04951–FMO–AFM<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

        Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

     **IT IS SO ORDERED.**

DATED: September 14, 2018                     */s/ Fernando M. Olguin*
                                             Fernando M. Olguin
                                             United States District Judge